IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION(NO. VI):

| | |
|---|---|
| THIS DOCUMENT RELATES TO: GEORGIA-PACIFIC CORPORATION CASES ON THE ATTACHED LIST DC-MD 1 | 86-3349 CIVIL ACTION NO. MDL 875 |

### ORDER

IT IS ORDERED that plaintiffs' Complaint and all crossclaims in the cases on the attached list are hereby dismissed, with prejudice, against Georgia-Pacific Corporation only.

BY THE COURT:

Charles R. Weiner, J.

Date: May 8, 2000

7

